Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorney for Plaintiffs,
BRET MACDONALD
AMALIA MACDONALD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MACDONALD, an individual; and AMALIA MACDONALD, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.:  3:14-CV-04970-HSG<br><br>**JOINT STIPULATION TO SET CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs Bret MacDonald and Amalia MacDonald ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Defendant") (collectively, the "Parties") hereby stipulate and agrees as follows, subject to the Court's approval.

## RECITALS

1.      WHEREAS, this matter was filed on November 10, 2014 and was initially assigned to the Honorable Joseph Spero who scheduled a Case Management Conference ("CMC") for January 2015;

2.      WHEREAS, this matter was reassigned to the Honorable Jeffrey S. White in January 2015 and the CMC continued to February 2015;

3.      WHEREAS, this matter was reassigned to the Honorable Haywood S. Gilliam, Jr.

1

in February 2015;

4.   Pursuant to the Reassignment Order, the CMC was vacated and the Parties were to file a Joint Rule 26(f) Report to determine whether a new CMC would be set, which the Parties did in February 2015;

5.   Thereafter, Defendant's Motion to Dismiss was denied and Defendant filed an Answer to Plaintiffs' Complaint on or around May 15, 2015;

6.   From February 2015 to September 2015, the Parties were regularly working with the Court's ADR Program to try to resolve the case, however, in September 2015, the Parties decided to participate in mediation;

7.   In September 2015, the Court issued an Order referring the case to mediation;

8.   The Parties attended mediation in January 2016, however, the matter was not resolved;

**9.**   The Parties wish to move this Court towards trial and to obtain a trial date.

### **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED TO that a Case Management Conference be scheduled in this case to take place within sixty (60) days.

DATED: March 24, 2016                          Respectfully submitted,

                                                              MELLEN LAW FIRM


                                                               _/s/ Sarah Shapero_____
                                                              Sarah Shapero, Esq.
                                                              Attorney for Plaintiffs



DATED: March 24, 2016                          SEVERSON & WERSON



                                                               _/s/ Jason Julian_____
                                                              Jason Julian, Esq.
                                                              Attorney for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~PROPOSED~~ ORDER

The Court, having read the above-stipulation and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      A Case Management Conference is scheduled for <u>April 12, 2016 at 2 pm</u>. The Parties are ordered to file a Joint Case Management Conference Statement no later than 7 days prior to the Conference.

Date:    <u>March 24, 2016</u>

Honorable Haywood S. Gilliam, Jr.

3