Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorney for Plaintiffs,
BRET MACDONALD
AMALIA MACDONALD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MACDONALD, an individual; and AMALIA MACDONALD, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.:  3:14-CV-04970-HSG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE<br><br>Date:     April 12, 2016<br>Time:    2:00 p.m.<br>Ctrm:    10, 19th Floor<br><br>Complaint Filed:    November 10, 2014<br>Trial Date:             Not Yet Set |

The Court, having read and considered BRET MACDONALD and AMALIA MACDONALD'S Request to Appear by telephone at the Case Management Conference currently scheduled before this Court for April 12, 2016 at 2:00 p.m, and good cause appearing, finds:

Plaintiffs' Request for a Telephonic Appearance is GRANTED

ACCORDINGLY, IT IS ORDERED:

1. Plaintiffs' counsel may appear by telephone at the Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 4/6/2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge

1
[PROPOSED] ORDER