UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRET MACDONALD, et al.,

        Plaintiffs,

  v.

WELLS FARGO BANK N.A,

        Defendant.

Case No.  14-cv-04970-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on April 12, 2016 before the undersigned.  The following deadlines are set:

| Litigation Event | Court Deadline |
| --- | --- |
| Amendment to Pleadings | August 1, 2016 |
| Fact Discovery Cutoff | September 13, 2016 |
| Initial Expert Disclosures | September 27, 2016 |
| Rebuttal Expert Disclosures | October 11, 2016 |
| Expert discovery cutoff | October 25, 2016 |
| Dispositive Motion Hearing Deadline | December 8, 2016 at 2:00 p.m. |
| Pretrial Conference | February 28, 2017 at 3:00 p.m. |
| Jury Trial | March 13, 2017 at 8:30 a.m. 5 days |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  4/12/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge