UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MACDONALD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK N.A, <br><br> Defendant. | Case No.14-cv-04970-HSG <br><br> **SCHEDULING ORDER** <br><br> Re: Dkt. No. 49 |

On September 19, 2016, the parties filed declarations in support of their stipulated request to continue trial and related case deadlines. Dkt. Nos. 54, 55. Having reviewed the declarations, the Court finds that there is good cause to alter the Court's April 12, 2016 Scheduling Order, Dkt. No. 47. The Court sets the following deadlines:

| Litigation Event | Court Deadline |
|---|---|
| Close of Fact Discovery | October 28, 2016 |
| Close of Expert Discovery | December 9, 2016 |
| Dispositive Motion Hearing Deadline | January 26, 2017 at 2:00 p.m. |
| Pretrial Conference | April 18, 2017 at 3:00 p.m. |
| Jury Trial | May 1, 2017 at 3:00 p.m. |

//

//

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The Court DENIES the pending Stipulated Request to Continue Deadlines, Dkt. No. 49, as
3   moot.

**IT IS SO ORDERED.**

Dated: 9/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge