```
MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
JASON M. JULIAN (State Bar No. 215342)
jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

MATHEW D. MELLEN (Bar No. 233350)
SARAH SHAPERO (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:  (415)315-1653
Facsimile:   (415)276-1902

Attorneys for Plaintiffs,
BRET MACDONALD and AMALIA MACDONALD
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MACDONALD, an individual; and AMALIA MACDONALD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-04970-HSG<br><br>**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DEADLINE;** [PROPOSED] **ORDER**<br><br>Action Filed: November 10, 2014<br>Trial Date:   May 1, 2016 |

1

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF DEADLINE

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California, the parties, Plaintiffs BRETT MACDONALD and AMALIA MACDONALD ("Plaintiffs"), and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), through their counsel of record, hereby stipulate to the following:

WHEREAS, on November 10 2014, Plaintiff filed her Complaint in the above-captioned court against Defendants;

WHEREAS, on April 12, 2016, the Court issued a Scheduling Order, setting a jury trial for March 13, 2017 and the following trial related deadlines:

    a.  Fact Discovery Cutoff on September 13, 2016

    b.  Initial Expert Disclosures on September 27, 2016

    c.  Rebuttal Expert Disclosures on October 11, 2016

    d.  Expert Discovery Cutoff on October 25, 2016

    e.  Dispositive Motion Hearing Deadline on December 8, 2016 at 2:00 p.m.

    f.  Pretrial Conference on February 28, 2017 at 3:00 p.m.;

    g.  Jury Trial on March 13, 2017.

WHEREAS, on or around September 21, 2016, pursuant to the Parties stipulation to continue all deadlines in this matter, the Court ordered that Expert Discovery Cut-off be December 9, 2016;

WHEREAS, on or around November 10, 2016, the Parties submitted a stipulation to further extend the Expert Discovery Cut-Off and related disclosure deadlines, which the Court granted, setting the deadline to exchange Initial Expert Disclosures to December 9, 2016, Rebuttal Expert Disclosures to December 23, 2016 and Expert Discovery Cut-off to January 6, 2017;

WHEREAS, Plaintiffs submitted their Initial Expert Disclosure on December 9, 2016, disclosing the intent to use an expert to testify at trial on Plaintiffs' behalf;

WHEREAS, Defendant intends to designate a Rebuttal Expert by December 23, 2016 and will furnish the deferred rebuttal expert report within seven (7) calendar days of receipt of the transcript of the deposition of Plaintiffs' expert;

WHEREAS, given the holidays between December 23, 2016 and January 6, 2017, counsel for Plaintiffs and counsel for Defendant, along with the experts designated by the parties, are largely unavailable to prepare for depositions and take depositions until after January 3, 2017;

WHEREAS, the Parties request that the deadline to conduct all Expert Discovery be extended for three weeks, from January 6, 2017 to January 27, 2017 to allow the parties and their experts time to prepare for and take the depositions of the designated experts;

WHEREAS, no other deadlines in this matter will be affected by the requested continuance.

## STIPULATION

The parties stipulate to and request a two-week continuance of the Expert Discovery Cut-off Deadline from January 6, 2017 to January 27, 2017.

Respectfully Submitted,

Dated: December 22, 2016     SEVERSON & WERSON

By:    _/s/ Thomas Abbott_____
       Thomas Abbott, Esq.
       Attorney for Defendant
       WELLS FARGO BANK, N.A.

Dated: December 22, 2016     MELLEN LAW FIRM

By:    _/s/ Sarah Shapero_____
       Sarah Shapero, Esq.
       Attorney for Plaintiffs
       BRETT MACDONALD and AMALIA MACDONALD

**ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, pursuant to the stipulation of the parties;

The expert discovery cut-off deadline is continued to January 27, 2017.

**IT IS SO ORDERED.**

Dated: December 22, 2016

_____
Honorable Haywood S. Gilliam, Jr.