1  MARK D. LONERGAN (State Bar No. 143622)
   THOMAS N. ABBOTT (State Bar No. 245568)
2  JASON M. JULIAN (State Bar No. 215342)
   jmj@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8  MATHEW D. MELLEN (Bar No. 233350)
   SARAH SHAPERO (Bar No. 281748)
9  MELLEN LAW FIRM
   One Embarcadero Center, Fifth Floor
10 San Francisco, CA 94111
   Telephone:  (415)315-1653
11 Facsimile:   (415)276-1902

12 Attorneys for Plaintiffs,
   BRET MACDONALD and AMALIA MACDONALD
13

14             **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16
   BRET MACDONALD, an individual; and      Case No.: 3:14-CV-04970-HSG
17 AMALIA MACDONALD, an individual,
                                           **JOINT STIPULATION TO CONTINUE**
18             Plaintiffs,                 **EXPERT DISCOVERY CUT-OFF**
                                           **DEADLINE; [PROPOSED] ORDER**
19        vs.

20 WELLS FARGO BANK, N.A. and
   DOES 1 through 50, inclusive,
21                                         Action Filed:   November 10, 2014
   Defendants.                             Trial Date:     May 1, 2016
22

23

24

25

26

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California, the parties, Plaintiffs BRETT MACDONALD and AMALIA MACDONALD ("Plaintiffs"), and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), through their counsel of record, hereby stipulate to the following:

WHEREAS, on November 10 2014, Plaintiff filed her Complaint in the above-captioned court against Defendants;

WHEREAS, on April 12, 2016, the Court issued a Scheduling Order, setting Expert Discovery Cutoff for October 25, 2016;

WHEREAS, the Expert Discovery Cut-off deadline has been continued by the Court, following the parties stipulations, to January 27, 2017;

WHEREAS, Plaintiffs submitted their Initial Expert Disclosure on December 9, 2016, disclosing the intent to use an expert to testify at trial on Plaintiffs' behalf;

WHEREAS, Defendant designated a Rebuttal Expert on December 23, 2016;

WHEREAS, the medical experts that have been designated by both parties have schedules that have made it difficult to obtain deposition dates that work for all parties;

WHEREAS, Defendant's deposition of Plaintiff's Expert is currently scheduled for January 27, 2017 and Plaintiffs' deposition of Defendant's Expert is currently scheduled for February 20, 2017;

WHEREAS, the Parties request that the deadline to conduct all Expert Discovery be extended to February 20, 2017;

WHEREAS, no other deadlines in this matter will be affected by the requested continuance.

## **STIPULATION**

The parties stipulate to and request continuance of the Expert Discovery Cut-off Deadline to February 20, 2017.

JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF DEADLINE

1

2                                                    Respectfully Submitted,

3   Dated: January 24, 2017                          SEVERSON & WERSON

4

5
                                     By:      /s/ Jason M. Julian
6                                          Jason M. Julian, Esq.
                                           Attorney for Defendant
7                                          WELLS FARGO BANK, N.A.

8

9   Dated: January 24, 2017                          MELLEN LAW FIRM

10

11                                   By:      /s/ Sarah Shapero
                                           Sarah Shapero, Esq.
12                                         Attorney for Plaintiffs
                                           BRETT MACDONALD and AMALIA
13                                         MACDONALD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF DEADLINE

1

## ORDER

2

This Court, having received and reviewed the stipulation of the parties referenced

3

immediately above, and finding good cause therefore, pursuant to the stipulation of the parties;

4

The expert discovery cut-off deadline is continued to February 20, 2017.

5

6

**IT IS SO ORDERED.**

7

8

Dated: <u>January 30</u> , 2017

9

_____
Honorable Haywood S. Gilliam, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4