MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
JASON M. JULIAN (State Bar No. 215342)
jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

MATHEW D. MELLEN (Bar No. 233350)
SARAH SHAPERO (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:   (415)315-1653
Facsimile:    (415)276-1902

Attorneys for Plaintiffs,
BRET MACDONALD and AMALIA MACDONALD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET MACDONALD, an individual; and AMALIA MACDONALD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-04970-HSG<br><br>**JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES**<br><br>Action Filed:   November 10, 2014<br>Trial Date:      May 1, 2016 |

55000.1452/8381366.1                              1

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California, the parties, Plaintiffs BRETT MACDONALD and AMALIA MACDONALD ("Plaintiffs"), and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), through their counsel of record, hereby stipulate to the following:

## RECITALS

1. WHEREAS, on September 21, 2017, this Court set this matter for trial for May 1, 2017 and set a pretrial conference for April 18, 2017;

2. WHEREAS, pursuant to this Court's Civil Pretrial and Trial Standing Order, the Parties Pretrial Filings and any oppositions to the Motions in Limine filed in this matter are due no later than April 4, 2017;

3. WHEREAS, on March 29, 2017, this Court referred this matter to Judge Joseph C. Spero for a Settlement Conference;

4. WHEREAS, on March 29, 2017, Judge Joseph C. Spero set this matter for a Settlement Conference to occur on April 4, 2017; and

5. WHEREAS, in an effort to keep costs in this litigation down and to facilitate settlement of this matter, the Parties request that the deadline for the Pretrial Filings and Oppositions to Motions in Limine be extended to April 11, 2017.

## STIPULATION

**IT IS HEREBY STIPULATED** that

1. The deadline for Pretrial Filings and Oppositions to Motions in Limine is extended from April 4, 2017 to April 11, 2017.

Respectfully Submitted,

Dated: March 30, 2017                     SEVERSON & WERSON

By: _/s/ Jason M. Julian_____
Jason M. Julian, Esq.
Attorney for Defendant
WELLS FARGO BANK, N.A.

Dated: March 30, 2017                     MELLEN LAW FIRM

By: _/s/ Sarah Shapero_____
Sarah Shapero, Esq.
Attorney for Plaintiffs
BRETT MACDONALD and AMALIA MACDONALD

## **ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, pursuant to the stipulation of the parties;

The deadline for Pretrial Filings and Oppositions to Motions in Limine is extended from April 4, 2017 to April 11, 2017.

**IT IS SO ORDERED.**

Dated: _____March 31_, 2017

_____
Honorable Haywood S. Gilliam, Jr.